Certificate Number: 17082-MSS-DE-039935577

Bankruptcy Case Number: 20-50987



17082-MSS-DE-039935577

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 2, 2025, at 4:41 o'clock AM MST, MAEGAN S BOLTON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   August 2, 2025          By:   /s/Orsolya K Lazar

                                Name: Orsolya K Lazar

                                Title: Executive Director