Certificate Number: 17082-MSS-DE-039941311

Bankruptcy Case Number: 20-50987



17082-MSS-DE-039941311

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 4, 2025</u>, at <u>9:26</u> o'clock <u>AM MST</u>, <u>HENRY M BOLTON</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date:  <u>August 4, 2025</u>

By:    <u>/s/Orsolya K Lazar</u>

Name:  <u>Orsolya K Lazar</u>

Title:  <u>Executive Director</u>