___



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 11, 2025**

___

The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                   CHAPTER 13 PROCEEDING:
  HENRY MARQUYSE BOLTON                        20-50987 KMS
  MAEGAN SHANTELL BOLTON
  3418 HARDY ST. #58                            SSN:  XXX-XX-3128
  HATTIESBURG, MS  39402

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  FORREST COUNTY EVALUATION CENTER
  ATTN: PAYROLL DEPT
  P O BOX 951
  HATTIESBURG, MS  39403

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE
  LOCK P.O. BOX 871
  HATTIESBURG, MS  39403
  (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net