**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Henry Marquyse Bolton                              Case No. 20-50987-KMS
         Maegan Shantell Bolton, Debtors                              Chapter 13

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory

    cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. We have made all payments required by my confirmed Chapter 13 plan.

2. Debtors hereby move the court for the entry of a discharge order in this case.

| | |
|---|---|
| Signed: **/s/ Henry Marquyse Bolton** | **09/18/2025** |
| Henry Marquyse Bolton | Date |
| | |
| **/s/ Maegan Shantell Bolton** | **09/18/2025** |
| Maegan Shantell Bolton | Date |
| | |
| **/s/ Thomas C. Rollins, Jr.** | **09/19/2025** |
| Thomas C. Rollins, Jr., MS Bar No. 103469 | Date |
| Attorney for the Debtors | |
| The Rollins Law Firm, PLLC | |
| P.O. Box 13767 | |
| Jackson, MS 39236 | |
| 601.500.5533 | |

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

**CERTIFICATE OF SERVICE**

    On September 19, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                                         **/s/ Thomas C. Rollins, Jr.**
                                                         Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>HENRY MARQUYSE BOLTON<br>MAEGAN SHANTELL BOLTON | CASE NO: 20-50987-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 9/19/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/19/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>HENRY MARQUYSE BOLTON<br>MAEGAN SHANTELL BOLTON | CASE NO: 20-50987-KMS<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 9/19/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/19/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CASE INFO                                                                    EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING    WELLS FARGO AUTO                         US BANKRUPTCY COURT
NCRS ADDRESS DOWNLOAD               PO BOX 169005                            DAN M RUSSELL  JR US COURTHOUSE
CASE 20-50987-KMS                   IRVING  TX 75016-9005                    2012 15TH STREET  SUITE 244
SOUTHERN DISTRICT OF MISSISSIPPI                                             GULFPORT  MS 39501-2036
FRI SEP 19 7-32-5 PST 2025




AJ RENTALS                          BROADWAY MOTORS                          DEPARTMENT OF THE TREASURY
1123 HARDY ST                       DON MEDLEY   ATTORNEY AT LAW             INTERNAL REVENUE SERVICE
HATTIESBURG   MS 39401-4167         902 W PINE ST                            PO BOX 7346
                                    HATTIESBURG   MS 39401-4262              PHILADELPHIA   PA 19101-7346




(P)FAMILY CHOICE FINANCIAL          FIRST INVESTORS FINANC                   FIRST TOWER LOAN  LLC
3208 SERVICE DRIVE                  5757 WOODWAY DR                          PO BOX 320001
SUITE E                             STE 400                                  FLOWOOD   MS 39232-0001
PEARL MS 39208-3539                 HOUSTON   TX 77057-1520




FORREST GENERAL                     HATTIESBURG CLINIC   PA                  INTERNAL REVENUE SERVI
PO BOX 16389                        415 SOUTH 28TH AVE                       CO US ATTORNEY
HATTIESBURG   MS 39404-6389         HATTIESBURG   MS 39401-7283              501 EAST COURT ST
                                                                             STE 4430
                                                                             JACKSON   MS 39201-5025




PERSONAL FINANCE   LLC              PINNACLE SERVICE SOLUTIONS LLC           REPUBLIC FINANCE
1835 HARDY ST                       4408 MILESTRIP RD 247                    PO BOX 17227
HATTIESBURG   MS 39401-4914         BLASDELL NY 14219-2553                   HATTIESBURG   MS 39404-7227




(P)REPUBLIC FINANCE LLC             SPEEDYRAPID CASH                         TOWER LOAN
282 TOWER RD                        PO BOX 780408                            6335 US HWY 49  50
PONCHATOULA LA 70454-8318           WICHITA   KS 67278-0408                  HATTIESBURG   MS 39401



                                    EXCLUDE
US ATTORNEY GENERAL                 UNITED STATES TRUSTEE                    VERIZON
US DEPT OF JUSTICE                  501 EAST COURT STREET                    BY AMERICAN INFOSOURCE AS AGENT
950 PENNSYLVANIA AVENW              SUITE 6-430                              4515 N SANTA FE AVE
WASHINGTON   DC 20530-0001          JACKSON   MS 39201-5022                  OKLAHOMA CITY   OK 73118-7901




WELLS FARGO                         WELLS FARGO BANK NA   DBA WELLS FARGO    WESLEY BEHAVIORAL HEAL
800 WALNUT                          AUT                                      239 METHODIST BLVD
DES MOINES   IA 50309-3891          PO BOX 169005                            HATTIESBURG   MS 39402-1297
                                    IRVING TX 75016-9005



                                    EXCLUDE                                  DEBTOR
WESLEY HEALTH SYSTEM   LLC          (P)DAVID RAWLINGS                        HENRY MARQUYSE BOLTON
CO DAVID L MENDELSON   ESQ          ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE   3418 HARDY ST 58
MENDELSON LAW FIRM                  PO BOX 566                               HATTIESBURG   MS 39402-1549
PO BOX 17235                        HATTIESBURG MS 39403-0566
MEMPHIS   TN 38187-0235
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
                                        EXCLUDE
MAEGAN SHANTELL BOLTON                  THOMAS CARL ROLLINS JR
3418 HARDY ST 58                        THE ROLLINS LAW FIRM  PLLC
HATTIESBURG  MS 39402-1549              PO BOX 13767
                                        JACKSON  MS 39236-3767
```