United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 20-50987-KMS
Henry Marquyse Bolton  Chapter 13
Maegan Shantell Bolton
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Oct 15, 2025      Form ID: 3180W      Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Henry Marquyse Bolton, Maegan Shantell Bolton, 3418 Hardy St. #58, Hattiesburg, MS 39402-1549 |
| 4903632 | + | A&J Rentals, 1123 Hardy St, Hattiesburg, MS 39401-4167 |
| 4903633 | + | Broadway Motors, Don Medley, Attorney at Law, 902 W. Pine St, Hattiesburg, MS 39401-4262 |
| 4903635 | + | First Investors Financ, 5757 Woodway Dr, Ste 400, Houston, TX 77057-1520 |
| 4903636 | + | Forrest General, PO Box 16389, Hattiesburg, MS 39404-6389 |
| 4903641 | + | Republic Finance, P.O. Box 17227, Hattiesburg, MS 39404-7227 |
| 4903642 | | Tower Loan, 6335 US Hwy 49 # 50, Hattiesburg, MS 39401 |
| 4903645 | + | Wesley Behavioral Heal, 239 Methodist Blvd, Hattiesburg, MS 39402-1297 |
| 4918470 | | Wesley Health System, LLC, c/o David L. Mendelson, Esq., MENDELSON LAW FIRM, PO BOX 17235, Memphis, TN 38187-0235 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Oct 16 2025 02:06:28 | Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 4903638 | | EDI: IRS.COM | Oct 16 2025 00:08:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4903634 | | Email/Text: rrush@familychoicefinancial.com | Oct 15 2025 20:13:00 | Family Choice Financial, Inc., 2902 Hardy St, Ste 30, Hattiesburg, MS 39401 |
| 4915430 | + | Email/Text: bankruptcy@towerloan.com | Oct 15 2025 20:13:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4903637 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Oct 15 2025 20:14:00 | Hattiesburg Clinic, PA, 415 South 28th Ave, Hattiesburg, MS 39401-7283 |
| 4903639 | + | Email/Text: ebone.woods@usdoj.gov | Oct 15 2025 20:13:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4903640 | + | Email/Text: stephenbinning@ymail.com | Oct 15 2025 20:14:00 | Personal Finance, LLC, 1835 Hardy St, Hattiesburg, MS 39401-4914 |
| 4926068 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2025 20:17:26 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell NY 14219-2553 |
| 4905363 | | Email/Text: bankruptcy@republicfinance.com | Oct 15 2025 20:14:00 | Republic Finance,LLC, 282 Tower Rd, Ponchatoula,La 70454 |
| 4907013 | + | Email/Text: bkinfo@ccfi.com | Oct 15 2025 20:13:00 | Speedy/Rapid Cash, P.O. Box 780408, Wichita, KS 67278-0408 |
| 4903643 | ^ | MEBN | Oct 15 2025 20:08:16 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4923529 | + | EDI: AIS.COM | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 15, 2025 | Form ID: 3180W | Total Noticed: 23 |

| | | Oct 16 2025 00:08:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
|---|---|---|---|
| 4903644 | + Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Oct 15 2025 20:17:27 | Wells Fargo, 800 Walnut, Des Moines, IA 50309-3891 |
| 4910942 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Oct 16 2025 02:06:28 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving TX 75016-9005 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Henry Marquyse Bolton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Maegan Shantell Bolton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Henry Marquyse Bolton** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–2610** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Maegan Shantell Bolton** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–3128** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **20–50987–KMS** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Henry Marquyse Bolton**
aka Henry M Bolton

**Maegan Shantell Bolton**
aka Maegan S Bolton, aka Maegan Shantell Walker Bolton

Dated: <u>10/15/25</u>

**By the court:**   /s/Katharine M. Samson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**